In The

Court of Criminal Appeals

Austin, Texas

PD-0221&0222-15

RECEIVED IN
COURT OF CRIMINAL APPEALS
FEB 24 2015
Abel Acosta, Clerk

Lajohn Fitzgerald Wilson

V.

The State OF Texas

Appeal No. 14-1400098-CR / 14-14-00099-CR

Trial Cause No. 12-13927 / 12-13930

Jefferson, County

FILED IN
COURT OF CRIMINAL APPEALS
FEB 27 2015
Abel Acosta, Clerk

First Motion For Extension Of Time To File

Petition For Discretionary Review

To the honorable Judges of the Court of Criminal Appeals:

Comes now, Lajohn Wilson, Petitioner, and files this motion for an extension of sixty (60) days in which to file a Petition for Discretionary Review. In support of this motion, appellant shows the Court:

I.

The Petitioner was convicted in the Criminal District Court of Jefferson County, Texas of the offense of Agg. Robbery in Cause No. 12-13927 / 12-13930, styled State of Texas vs. Lajohn Wilson. The Petitioner appealed to the Court of Appeals, 14th Supreme Judicial District. The case was affirmed on February 3, 2015.

## II.

The present deadline for filing the Petition for Discretionary Review is March 3, 2015. The Petitioner has not requested any extension prior.

## III.

Petitioner's request for an extension is based upon the following facts: Petitioner was not informed of the decision of the court of appeals in affirming his case until the Feb. 10, 2015. Since that time Petitioner has been attempting to gain legal representation in this matter. His attorney on the appeal, David Barlow, has informed Petitioner that he will not represent him on the Petition for Discretionary Review.

Wherefore, Petitioner prays this Court grant his motion and extend the deadline filing the Petition for Discretionary Review in Case no. 12-13927/12-13930 to April 27, 2015.

Laighn Wilson
Petitioner, Pro se
Texas Department of Criminal Justice
Mc Connell unit

TDCJ-ID# 19004169

Beeville, Texas 78102

## Certificate Of Service

I certify that a true and correct copy of the above and foregoing First Motion for Extension Of Time to File a Petition for Discretionary Review, has been forwarded by U.S. Mail, postage prepaid, firstclass, to the Attorney for State, Texas, at Criminal court of Appeals, and to the State Prosecuting Attorney, P.O. Box 12405, Austin Texas 78711

on this the 19th day of February, 2015.

Lajohn Wilson
Petitioner, pro se

I, Lajohn Wilson, TDCJ#1900469, being presently incarcerated in the McConnell unit of the Texas Department of criminal Justice in Beeville, texas, verify and declare under penalty of perjury that the foregoing statements are true and correct. Executed on this the 19th day of February, 2015.

Lajohn Wilson

TDCJ# 1900469